■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN PATTERSON, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Reilly, J.), rendered June 14, 1982, convicting him of assault in the first degree, after a nonjury trial, and imposing sentence.

Judgment affirmed.

Viewing the evidence in the light most favorable to the prosecution, as we are required to do *(see, e.g., People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), we find that the evidence establishes that the defendant intended to cause serious physical injury to his victim when he stabbed him in the head with a knife. Therefore, his conviction for assault in the first degree should stand *(see,*

Penal Law § 120.10). Gibbons, J. P., Bracken, Weinstein and Niehoff, JJ., concur.